United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-03396-HWV |
| Scott D. Ziegler | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: Oct 04, 2023  Form ID: pdf010  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/Text: customercreditterms@unfi.com | Oct 04 2023 18:35:00 | United Natural Foods, Inc., 313 Iron Horse Way, Providence, RI 02908-5637 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2023             Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2023 at the address(es) listed below:

**Name**            **Email Address**

Brian C Nicholas
   on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Chad J. Julius
   on behalf of Debtor 1 Scott D. Ziegler cjulius@ljacobsonlaw.com
   egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com

Denise E. Carlon
   on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Harry B. Reese
   on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com

Jack N Zaharopoulos

        TWecf@pamd13trustee.com

Jerome B Blank

        on behalf of Creditor PENNYMAC LOAN SERVICES LLC pamb@fedphe.com

Jill Manuel-Coughlin

        on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com

United States Trustee

        ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
OF THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
    SCOTT D. ZIEGLER : Case No: 1-18-bk-03396-HWV
        Debtor, :
                : Chapter 13

    **UPON CONSIDERATION** of the above-referenced Debtor, Scott D. Ziegler, having filed a *Motion to Terminate Wage Attachment* under Chapter 13 of the Bankruptcy Code;

    **IT IS HEREBY ORDERED** that the Motion is GRANTED and that the entity from whom Debtor receives income:

        United Natural Foods, Inc.
        313 Iron Horse Way
        Providence, RI 02906

shall terminate all deductions and wage attachments remitted to Chapter 13 Trustee, Jack N. Zaharopoulos, from said Debtor's income, previously ordered by this Honorable Court on March 24, 2020.

        By the Court,

        */s/ Henry W. Van Eck*
        Henry W. Van Eck, Chief Bankruptcy Judge
        Dated: October 3, 2023