# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Scott D Ziegler

Case No.: 1-18-03396HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Pennymac |
| Court Claim Number: | 01 |
| Last Four of Loan Number: | 0366 |
| Property Address if applicable: | 6985 Old Harrisburg Rd |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $10,395.97 |
| b. | Prepetition arrearages paid by the trustee: | $10,395.97 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $3,707.00 |
| f. | Postpetition arrearage paid by the trustee: | $3,707.00 |
| g. | Total b, d, and f: | $14,102.97 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: October 25, 2023

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Scott D Ziegler

Case No.: 1-18-03396HWV

Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 25, 2023 I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Chad Julius, Esquire
Law Offices of Leslie D Jacobson
8150 Derry St
Harrisburg PA 17111

**Served by First Class Mail**
PennyMac Loan Servicing, Inc
6101 Condor Dr
Suite 200
Moorpark CA 93021


Scott D Ziegler
6985 Old Harrisburg Rd
York Springs PA 17372


I certify under penalty of perjury that the foregoing is true and correct.


Date:  October 25, 2023            /s/  Liz Joyce
                                    Office of the Standing Chapter 13 Trustee
                                    Jack N. Zaharopoulos
                                    Suite A, 8125 Adams Dr.
                                    Hummelstown, PA  17036
                                    Phone:  (717) 566-6097
                                    email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 18-03396     **SCOTT D. ZIEGLER**

**PENNYMAC HOLDINGS LLC**
PENNYMAC LOAN SERVICES LI
PO BOX 660929
DALLAS, TX   75266-

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:**

Acct No:  #0366/old harrisburg rd

07/19  1AP POST ARREARS STIP & PLAN

|  | Amt Sched: | $0.00 | Debt: | $3,707.00 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|---|
|  | Amt Due: | $0.00 | Paid: | $3,707.00 | Accrued Int: | $0.00 |
|  |  |  |  |  | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5210** | **PENNYMAC HOLDINGS LLC** | | | | | | | |
| 521-0 | PENNYMAC HOLDINGS LLC | | 10/18/2023 | 2029951 | $65.96 | $0.00 | $65.96 | |
| 521-0 | PENNYMAC HOLDINGS LLC | | 09/19/2023 | 2028973 | $109.41 | $0.00 | $109.41 | 09/28/2023 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 08/09/2023 | 2027951 | $109.41 | $0.00 | $109.41 | 08/23/2023 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 07/11/2023 | 2026967 | $86.67 | $0.00 | $86.67 | 07/25/2023 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 06/13/2023 | 2026047 | $63.07 | $0.00 | $63.07 | 06/26/2023 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 05/16/2023 | 2025110 | $84.09 | $0.00 | $84.09 | 05/30/2023 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 04/18/2023 | 2024099 | $105.12 | $0.00 | $105.12 | 04/28/2023 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 03/15/2023 | 2023072 | $84.09 | $0.00 | $84.09 | 03/28/2023 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 02/15/2023 | 2022067 | $105.11 | $0.00 | $105.11 | 02/23/2023 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 01/18/2023 | 2021066 | $105.11 | $0.00 | $105.11 | 02/01/2023 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 12/13/2022 | 2020070 | $63.08 | $0.00 | $63.08 | 12/27/2022 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 11/16/2022 | 2019116 | $105.11 | $0.00 | $105.11 | 12/19/2022 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 10/18/2022 | 2018080 | $87.55 | $0.00 | $87.55 | 11/03/2022 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 09/13/2022 | 2017013 | $88.71 | $0.00 | $88.71 | 09/26/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 521-0 | PENNYMAC HOLDINGS LLC | | 08/17/2022 | 2016004 | $110.88 | $0.00 | $110.88 | 08/29/2022 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 07/13/2022 | 2014932 | $103.20 | $0.00 | $103.20 | 07/26/2022 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 06/14/2022 | 2013965 | $61.92 | $0.00 | $61.92 | 06/30/2022 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 05/17/2022 | 2012934 | $123.83 | $0.00 | $123.83 | 05/25/2022 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 04/12/2022 | 2011853 | $82.56 | $0.00 | $82.56 | 04/21/2022 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 03/16/2022 | 2010837 | $227.03 | $0.00 | $227.03 | 03/23/2022 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 02/16/2022 | 2009849 | $82.56 | $0.00 | $82.56 | 03/02/2022 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 01/19/2022 | 2008879 | $103.19 | $0.00 | $103.19 | 01/27/2022 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 12/15/2021 | 2007863 | $123.84 | $0.00 | $123.84 | 12/24/2021 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 11/16/2021 | 2006839 | $103.20 | $0.00 | $103.20 | 12/01/2021 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 10/14/2021 | 2005810 | $63.74 | $0.00 | $63.74 | 10/25/2021 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 08/18/2021 | 2003762 | $21.25 | $0.00 | $21.25 | 08/30/2021 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 07/14/2021 | 2002691 | $85.00 | $0.00 | $85.00 | 07/29/2021 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 06/16/2021 | 2001716 | $84.99 | $0.00 | $84.99 | 06/29/2021 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 05/18/2021 | 2000712 | $82.29 | $0.00 | $82.29 | 06/08/2021 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 04/15/2021 | 1229330 | $82.28 | $0.00 | $82.28 | 04/27/2021 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 03/17/2021 | 1228320 | $102.86 | $0.00 | $102.86 | 04/01/2021 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 02/17/2021 | 1227305 | $102.85 | $0.00 | $102.85 | 03/01/2021 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 01/19/2021 | 1226287 | $82.28 | $0.00 | $82.28 | 02/04/2021 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 12/10/2020 | 1224503 | $123.43 | $0.00 | $123.43 | 12/24/2020 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 521-0 | PENNYMAC HOLDINGS LLC | | 11/03/2020 | 1223538 | $41.14 | $0.00 | $41.14 | 11/24/2020 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 10/15/2020 | 1222730 | $81.38 | $0.00 | $81.38 | 10/26/2020 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 09/17/2020 | 1221734 | $101.72 | $0.00 | $101.72 | 09/30/2020 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 08/12/2020 | 1220674 | $101.73 | $0.00 | $101.73 | 08/28/2020 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 07/07/2020 | 1219628 | $101.72 | $0.00 | $101.72 | 07/28/2020 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 06/02/2020 | 1218601 | $63.64 | $0.00 | $63.64 | 06/12/2020 |

|  |  | Sub-totals: | $3,707.00 | $0.00 | $3,707.00 |
|---|---|---|---|---|---|
|  |  | Grand Total: | $3,707.00 | $0.00 |  |

# Disbursements for Claim

**Case:** 18-03396    **SCOTT D. ZIEGLER**

**PENNYMAC HOLDINGS LLC**  
PENNYMAC LOAN SERVICES LI  
PO BOX 660929  
DALLAS, TX  75266-

Sequence: 24  
Modify:  
Filed Date: 8/24/2018 12:00:00AM  
Hold Code:

Acct No: 0366/PRE ARREARS/6985 OLI

|  |  | Debt: | $10,395.97 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|
| Amt Sched: | $118,462.00 |  |  | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $10,395.97 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **PENNYMAC HOLDINGS LLC** | | | | | | | |
| 520-0 | PENNYMAC HOLDINGS LLC | | 10/18/2023 | 2029951 | $184.96 | $0.00 | $184.96 | |
| 520-0 | PENNYMAC HOLDINGS LLC | | 09/19/2023 | 2028973 | $306.84 | $0.00 | $306.84 | 09/28/2023 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 08/09/2023 | 2027951 | $306.84 | $0.00 | $306.84 | 08/23/2023 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 07/11/2023 | 2026967 | $243.06 | $0.00 | $243.06 | 07/25/2023 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 06/13/2023 | 2026047 | $176.87 | $0.00 | $176.87 | 06/26/2023 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 05/16/2023 | 2025110 | $235.83 | $0.00 | $235.83 | 05/30/2023 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 04/18/2023 | 2024099 | $294.78 | $0.00 | $294.78 | 04/28/2023 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 03/15/2023 | 2023072 | $235.83 | $0.00 | $235.83 | 03/28/2023 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 02/15/2023 | 2022067 | $294.79 | $0.00 | $294.79 | 02/23/2023 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 01/18/2023 | 2021066 | $294.79 | $0.00 | $294.79 | 02/01/2023 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 12/13/2022 | 2020070 | $176.86 | $0.00 | $176.86 | 12/27/2022 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 11/16/2022 | 2019116 | $294.79 | $0.00 | $294.79 | 12/19/2022 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 10/18/2022 | 2018080 | $245.54 | $0.00 | $245.54 | 11/03/2022 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 09/13/2022 | 2017013 | $248.77 | $0.00 | $248.77 | 09/26/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | PENNYMAC HOLDINGS LLC | | 08/17/2022 | 2016004 | $310.97 | $0.00 | $310.97 | 08/29/2022 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 07/13/2022 | 2014932 | $289.40 | $0.00 | $289.40 | 07/26/2022 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 06/14/2022 | 2013965 | $173.64 | $0.00 | $173.64 | 06/30/2022 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 05/17/2022 | 2012934 | $347.29 | $0.00 | $347.29 | 05/25/2022 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 04/12/2022 | 2011853 | $231.52 | $0.00 | $231.52 | 04/21/2022 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 03/16/2022 | 2010837 | $636.69 | $0.00 | $636.69 | 03/23/2022 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 02/16/2022 | 2009849 | $231.52 | $0.00 | $231.52 | 03/02/2022 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 01/19/2022 | 2008879 | $289.41 | $0.00 | $289.41 | 01/27/2022 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 12/15/2021 | 2007863 | $347.28 | $0.00 | $347.28 | 12/24/2021 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 11/16/2021 | 2006839 | $289.40 | $0.00 | $289.40 | 12/01/2021 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 10/14/2021 | 2005810 | $178.78 | $0.00 | $178.78 | 10/25/2021 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 08/18/2021 | 2003762 | $59.59 | $0.00 | $59.59 | 08/30/2021 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 07/14/2021 | 2002691 | $238.36 | $0.00 | $238.36 | 07/29/2021 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 06/16/2021 | 2001716 | $238.37 | $0.00 | $238.37 | 06/29/2021 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 05/18/2021 | 2000712 | $230.75 | $0.00 | $230.75 | 06/08/2021 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 04/15/2021 | 1229330 | $230.76 | $0.00 | $230.76 | 04/27/2021 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 03/17/2021 | 1228320 | $288.44 | $0.00 | $288.44 | 04/01/2021 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 02/17/2021 | 1227305 | $288.45 | $0.00 | $288.45 | 03/01/2021 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 01/19/2021 | 1226287 | $230.76 | $0.00 | $230.76 | 02/04/2021 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 12/10/2020 | 1224503 | $346.13 | $0.00 | $346.13 | 12/24/2020 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | PENNYMAC HOLDINGS LLC | | 11/03/2020 | 1223538 | $115.38 | $0.00 | $115.38 | 11/24/2020 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 10/15/2020 | 1222730 | $228.22 | $0.00 | $228.22 | 10/26/2020 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 09/17/2020 | 1221734 | $285.28 | $0.00 | $285.28 | 09/30/2020 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 08/12/2020 | 1220674 | $285.27 | $0.00 | $285.27 | 08/28/2020 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 07/07/2020 | 1219628 | $285.28 | $0.00 | $285.28 | 07/28/2020 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 06/02/2020 | 1218601 | $178.48 | $0.00 | $178.48 | 06/12/2020 |

Sub-totals: $10,395.97   $0.00   $10,395.97

Grand Total: $10,395.97   $0.00

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | PENNYMAC HOLDINGS LLC | | 11/03/2020 | 1223538 | $115.38 | $0.00 | $115.38 | 11/24/2020 |